IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**VELMA S. ELLIOTT**                                                               **PLAINTIFF**

**v.**                  **CASE NO. 4:14CV00251 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                              **DEFENDANT**

**ORDER**

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed, and no objections have been filed. Judge Deere's recommended disposition is adopted, the commissioner's decision is affirmed, and petitioner Velma Elliott's complaint [Doc. No. 2] is dismissed without prejudice. An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 20th day of March 2015.

                                                   /s/ Brian S. Miller
                                                   UNITED STATES DISTRICT JUDGE