IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**VELMA S. ELLIOTT**                                                                                       **PLAINTIFF**

**v.**                           **CASE NO. 4:14CV00251 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is hereby dismissed without prejudice.

DATED this 20th day of March 2015.

_____
UNITED STATES DISTRICT JUDGE